UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 11-cv-23960-UNGARO

ACCESS 4 ALL, INC., et al.

    Plaintiffs,

v.

NORTHSIDE CENTRE, LLC, et al.,

    Defendants.

_____/

## ADMINISTRATIVE ORDER CLOSING CASE

THIS CAUSE is before the Court upon the parties' notice of settlement (D.E. 14). It is hereby

ORDERED AND ADJUDGED that for administrative purposes this case is hereby CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th day of January 2012. .

_____
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record