IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ACCESS 4 ALL, INC., and JOE HOUSTON : Case No.: 11-cv-23960
:
       Plaintiffs, :
v. :
:
NORTHSIDE CENTRE, LLC :
:
       Defendant. :
_____

**STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE**

      Plaintiffs and Defendant, by and through undersigned counsel, hereby move this court to dismiss the instant action with prejudice and retain jurisdiction to enforce the terms of their settlement agreement.

FOR THE PLAINTIFFS                                          FOR THE DEFENDANT

By: /s/ Thomas B. Bacon____                 By: /s/ Robert A. Brandt_____

| Thomas B. Bacon, Esq.<br>Attorney-At-Law<br>4868 S.W. 103rd Ave.<br>Cooper City, FL 33328<br>ph. (954) 925-6488<br>fax (954) 237-1990<br>tbb@thomasbaconlaw.com | Robert A. Brandt<br>Counselor at Law *<br>696 N.E. 125 Street<br>North Miami, Florida 33161<br>Tel. (305) 981-3222<br>Fax (305) 981-2777<br>E-Mail: robert@attorneybrandt.com |
|---|---|